80 A.3d 375

**TRIBUNE COMPANY, Objector**

v.

**RELIANCE INSURANCE COMPANY IN LIQUIDATION**
(Ancillary Matter to In re Reliance Insurance
Company in Liquidation No. 1 Rel 2001).

**Appeal of Tribune Company, Objector.**

Supreme Court of Pennsylvania.

Nov. 20, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of November, 2013, the order of the Commonwealth Court is **AFFIRMED.**